No. 92.—FREEMAN and WIFE, plaintiffs in error, *vs.* MARY TUCKER, administratrix, &c. defendant in error.

[1.] The fees of the Clerk of the Supreme Court defined and regulated.

In Equity, from Baldwin County.

This case was argued and decided at the last Milledgeville Term of the Supreme Court. The Clerk rendered to Counsel for plaintiff in error the following bill of costs :

| | |
|---|---|
| For entering and carrying case to judgment, | $3 75 |
| For recording bill of exceptions, | 3 00 |
| "    "    opinion of the Court, | 4 00 |
| "  remittitur, including certificate, | 1 25 |
| Sheriff's fee, | 1 25 |
| | $13 25 |

Some of the items having been objected to as unauthorized by law, the matter was, by agreement of parties, brought before the Court at the present term, for review and settlement, Counsel for plaintiffs in error stating that his main object was to have the Clerk's fee bill regulated by the Court, for the guidance and information of parties interested in future cases.

A. H. KENAN, for plaintiffs in error.

E. A. NISBET, for Clerk Supreme Court.

*By the Court.*—LUMPKIN, J. delivering the opinion.

[1.] The question, as to what costs are chargeable in this Court having been made by Col. Kenan, in behalf of Frances M. Freeman, at Milledgeville, November, 1855, and ad--

journed over, by consent, for a full bench, to this term—upon argument had thereon, it is considered and adjudged that the following be established as the fee bill allowed by law to be taxed by the Clerk, viz:

For each case entered and carried to judgment, $3 75
" recording bill of exceptions, 12½ cents for every hundred words.
" recording opinion,                               3 50
" remittitur, including certificate and seal,      1 25
Sheriff,                                           1 25